**Honorable Robert J. Timlin**

```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

      MAY 21 2009

         AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>Attorney Disciplinary Action of Greg Cavagnaro and Jonathan Smith | Case Number 2:07- MC-00027-RJT<br><br>DECLARATION OF GREGORY P. CAVAGNARO IN SUPPORT OF CERTIFICATION OF COMPLETION OF CONTINUING LEGAL EDUCATION COURSES ON ETHICS |

To: Clerk of the United States District Court, and to all other interested parties.

I, Gregory P. Cavagnaro, make this declaration under penalty of perjury:

1.  I am over the age of eighteen years of age and am competent to testify to all matters stated herein. All my statements are based on my personal knowledge. I am a Party in this case.

Declaration of Gregory P. Cavagnaro - 1

GREGORY P. CAVAGNARO
ATTORNEY AT LAW
1400 – 112TH AVENUE S.E. #100
Bellevue, WA 98004
Tel: (425) 454-5303

2.	On or about May 5, 2008 a Stipulation and Agreed order of Discipline regarding the undersigned ("Stipulation") was entered in this case. Paragraph 66 of the Stipulation provides that the undersigned shall complete no less than 15 hours of continuing legal education on ethics courses approved for credit by the Washington State Bar Association Continuing Legal Education Board. At least three of the hours shall be directly related to ethics in bankruptcy matters.

3.	The undersigned has completed 15 hours of continuing legal education on ethics courses approved for credit by the Washington State Bar Association Continuing Legal Education Board. Three (3) of the aforementioned completed hours of continuing legal education courses on ethics are directly related to ethics in bankruptcy matters.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 20th day of May, 2009

_____
Gregory P. Cavagnaro WSBA 17644

Declaration of Gregory P. Cavagnaro - 2

GREGORY P. CAVAGNARO
ATTORNEY AT LAW
1400 – 112TH AVENUE S.E. #100
Bellevue, WA 98004
Tel: (425) 454-5303